UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JASON TYRONE PATTERSON

CRIMINAL ACTION

NO. 08-108-BAJ-DLD

## RULING AND ORDER OF DISMISSAL

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docial L. Dalby dated March 13, 2012 (doc. 576), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed, with prejudice.

Baton Rouge, Louisiana, July 2, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA