UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| JASON TYRONE PATTERSON | NO. 08-0108-BAJ-DLD |

## RULING ON CERTIFICATE OF APPEALABILITY

Having separately issued a final Order in connection with the above-captioned proceeding, in which the detention complained of arises out of the final order in a proceeding under 28 U.S.C. § 2255, and having considered the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, the Court hereby finds that:

> a substantial showing of the denial of a constitutional right having not been made, the petitioner's Motion for a Certificate of Appealability is **DENIED** for the reasons set forth in the Magistrate Judge's Report.

Baton Rouge, Louisiana, this __2nd__ day of __July__, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA