# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Malchai L. Tillman | )<br>)<br>)　Case No: 3:08-cr-108-BAJ and 3:07-cr-242-BAJ<br>)　USM No: 04936-095 |
| Date of Original Judgment:　　04/01/2010<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)　Rebecca Hudsmith, Federal Public Defender<br>　　*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated　04/01/2010　shall remain in effect.
**IT IS SO ORDERED.**

Order Date:　9/22/12

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date: _____
*(if different from order date)*　　　　　　　Brian A. Jackson, Chief U.S. District Judge
　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

USAtty